**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| 1. Robert Welter, an individual, | ) | |
| 2. Roberta Welter, an individual, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 24-CV-479-SEH-SH |
| | ) | |
| 3. Uponor North America, Inc., a  Delaware | ) | |
| Corporation, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION TO CONTINUE SETTLEMENT CONFERENCE

All Parties, by and through their counsel of record, respectfully request this Court enter an Order continuing the Settlement Conference (and its related deadlines) by forty-five (45) days. In support of this Join Motion, the Parties state as follows:

1. Pursuant to the Order entered November 27, 2024 (Doc. 21), a settlement conference is currently set in this matter for January 28, 2025 and the settlement conference statements are presently due to be submitted and exchanged by January 21, 2025.

2. The Parties need additional time to prepare for the Settlement Conference.

3. Since the November 27, 2024 Order was entered, the Parties arranged and conducted a joint inspection of the residence with consulting experts and are now in the process of analyzing the findings from the inspection and the consulting experts so that the Parties can fully prepare to conduct a meaningful settlement conference.

4. Based on the current status of the case, the Parties have discussed the matter and agree that settlement discussions and the settlement conference set for January 28, 2025 are likely to be unproductive at this time.

5. The Parties believe that they will be better prepared and situated to discuss settlement after that have had time to sufficiently analyze the findings from the inspection.

WHEREFORE, premises considered the Parties jointly  request that the Court strike the current settlement conference date (and related deadlines) and continue the settlement conference by a period of forty-five (45) days. A proposed Order is being submitted with this Motion.

    /s/ J. Mark McAlester\
J. MARK McALESTER, OBA #18104\
FENTON FENTON SMITH RENEAU & MOON\
211 N. Robinson, Ste. 800N\
Oklahoma City, OK 73102\
Phone: 405.235.4671\
Fax: 405.235.5247\
E-mail: jmmcalester@fentonlaw.com\
**ATTORNEYS FOR DEFENDANT,**\
**UPONOR, INC.**

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on this 23 day of January, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF system for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

   P. Scott Hathaway
   Kayla Finnegan


        /s/ J. Mark McAlester_____
        J. Mark McAlester