**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| ROBERT WELTER, an individual, and ROBERTA WELTER, an individual,<br><br>                            Plaintiffs,<br><br>vs.<br><br><br>UPONOR NORTH AMERICA, INC., a Delaware Corporation, HOT WATER SYSTEMS NORTH AMERICA, INC., a Delaware Corporation, UPONOR, INC., an Illinois Corporation, RADIANT TECHNOLOGY, INC., a Delaware Corporation, and TULSA PIPE PLANT, INC., a Delaware Corporation,<br><br>                            Defendants. | Case No.: 4:24-cv-00479-SHE-SH |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, by and through their undersigned counsel of record, and Defendants, by and through their undersigned counsel of record, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the terms of a settlement agreement between the parties, hereby jointly stipulate to the dismissal of all claims asserted in this action with prejudice to the re-filing of same. Each party will bear its own attorneys' fees and costs arising from this lawsuit.

Respectfully submitted:

| | |
|---|---|
| */s/ P. Scott Hathaway*<br>P. Scott Hathaway, OBA #13695<br>Kayla Finnegan, OBA #34651<br>**CONNER & WINTERS, LLP**<br>4100 First Place Tower<br>15 East Fifth Street<br>Tulsa, OK 74103<br>(918) 586-5719<br>shathaway@cwlaw.com<br>kfinnegan@cwlaw.com<br>*ATTORNEYS FOR PLAINTIFFS* | */s/ J. Mark McAlester*<br>J. Mark McAlester, OBA #18104<br>**FENTON FENTON SMITH RENEAU & MOON**<br>211 N. Robinson, Ste. 800N<br>Oklahoma City, OK 73102<br>(405) 235-4671<br>jmmcalester@fentonlaw.com<br>*ATTORNEY FOR DEFENDANTS* |

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 15th day of April 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system of filing. Based on the records currently in file, the Clerk of Court will transmit a Notice of Filing to the following ECF Registrants:

Mark McAlester

*/s/P. Scott Hathaway*
P. Scott Hathaway